# United States District Court

SOUTHERN DISTRICT OF NEW YORK

TAE HOLLENBECK,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07 CIV 8740

BRUSSELS AIRLINES f/k/a
SN BRUSSELS AIRLINES

TO: (Name and address of defendant)

BRUSSELS AIRLINES f/k/a SN BRUSSELS AIRLINES
CLYDE & CO
C/O ANDREW HARAKAS
405 LEXINGTON AVENUE
NEW YORK, NEW YORK

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ABRAM I. BOHRER
DANKNER & MILSTEIN, PC
41 EAST 57TH STREET, 36 FLOOR
NEW YORK, NEW YORK 10022

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

OCT 1 0 2007
DATE

(BY) DEPUTY CLERK