UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TAE HOLLENBECK,

        Plaintiff,

- against -

BRUSSELS AIRLINES f/k/a SN BRUSSELS AIRLINES,

        Defendant.
------------------------------------------------------------x

07-CV-8740 (GBD)

STIPULATION AND ORDER
EXTENDING TIME TO
ANSWER

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff Tae Hollenbeck and defendant Brussels Airlines f/k/a SN Brussels Airlines that Brussels Airlines' time to serve and file a responsive pleading to the Complaint is hereby extended until and including January 2, 2008.

Dated: New York, New York
       December 17, 2007

DANKNER & MILSTEIN, P.C.

By: _Abram Bohrer as per express consent_
   Abram I. Bohrer (AB-4336)
41 East 57th Street, 36th Floor
New York, New York 10022
(212) 751-8000
Attorneys for Plaintiff

CLYDE & CO US LLP

By: _____
   Andrew J. Harakas (AH-3515)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
212-710-3900
Attorneys for Defendant
Brussels Airlines f/k/a SN Brussels Airlines

SO ORDERED: DEC 19 2007

_George B. Daniels_
U.S.D.J.  HON. GEORGE B. DANIELS