UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   AH-3515
TAE HOLLENBECK,                                             :

        Plaintiff,                                  :
                                                                 07-CV-8740 (GBD)
- against -                                                 :
                                                                 **RULE 7.1 STATEMENT**
BRUSSELS AIRLINES f/k/a SN BRUSSELS                         :
AIRLINES,
                                                                 :
        Defendant.
                                                                 :
------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for DELTA AIR TRANSPORT (incorrectly sued herein as "BRUSSELS AIRLINES f/k/a SN BRUSSELS AIRLINES" and hereinafter "DAT"), certify that the following are parent corporations or publicly held corporations that own more than 10% of stock of DAT:

    None

Dated: New York, New York
       January 2, 2008

                                                CLYDE & CO US LLP

                                                By: _____
                                                  Andrew J. Harakas (AH 3515)
                                             The Chrysler Building
                                             405 Lexington Avenue
                                             New York, New York 10174
                                             (212) 710-3900

                                             Attorneys for Defendant
                                             Delta Air Transport