UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x   AH-3515
TAE HOLLENBECK,                                                  :

        Plaintiff,                                          :

                                                            07-CV-8740 (GBD)

  - against -                                                   :

                                                            CIVIL CASE MANAGEMENT
BRUSSELS AIRLINES f/k/a SN BRUSSELS          :   PLAN AND SCHEDULING
AIRLINES,                                                                      ORDER
                                                            :

        Defendant.                                        :

-----------------------------------------------------------------x

      After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1.    No **additional parties** may be joined after **March 6, 2008**.

2.    No **amendment** to the pleadings will be permitted after **March 6, 2008**.

3.    Except for good cause shown, all **discovery** shall be commenced in time to be completed **August 4, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4.    **Dispositive motions** are to be served by **November 3, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5.    A final **pretrial conference** will be held on **December 8, 2008 at 9:30 a.m.**

6.    The **Joint Pretrial Order** shall be filed no later than **November 10, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** on 48 hours notice on or after **December 15, 2008**. The estimated trial time is 5 days, and this is jury trial.

9. The **Next Case Management Conference** will be held on **May 8, 2008 at 9:30 a.m.**

Dated: January 3, 2008
       New York, New York

                              SO ORDERED:


                              _____
                              GEORGE B. DANIELS
                              United States District Judge


*Abram Bohrer as per express consent*
_____
Abram I. Bohrer, Esq.
Dankner & Milstein, P.C.
41 East 57th Street, 36th Floor
New York, New York 10022
(212) 751-8000
Attorneys for Plaintiff


_____
Andrew J. Harakas
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 710-3900
Attorneys for Defendant
Delta Air Transport (incorrectly sued herein as
"Brussels Airlines f/k/a SN Brussels Airlines")