SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC. #:
DATE FILED: JUL 0 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x    AH-3515

TAE HOLLENBECK,                                         :

           Plaintiff,                             :
                                                            07-CV-8740 (GBD)
     - against -                              :

BRUSSELS AIRLINES f/k/a SN BRUSSELS    :    **STIPULATION AND ORDER**
AIRLINES,                                               **OF DISMISSAL WITH**
                                          :    **PREJUDICE**

           Defendant.                          :
-------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between Tae Hollenbeck and

Delta Air Transport (incorrectly sued herein as "Brussels Airlines f/k/a SN Brussels Airlines")

that, whereas no party hereto is an infant or incompetent person for whom a committee has been

appointed and no person not a party has an interest in the subject matter of the action, that all

claims asserted in the above-entitled action, between and against all of the parties be, and the

same hereby are dismissed with prejudice and without costs to any party as against each other.

Dated: June 26, 2008

DANKNER & MILSTEIN, P.C.                     CLYDE & CO US LLP


By_____                     By_Andrew J. Harakas/KIT___
Abram I. Bohrer (AB 4336)                     Andrew J. Harakas (AH 3515)
Attorneys for Plaintiff                        Attorneys for Defendant
41 East 57th Street, 36th Floor               Delta Air Transport
New York, New York 10022                      405 Lexington Avenue
(212) 751-8000                                New York, New York 10174
                                         (212) 710-3900

SO ORDERED:    JUL 0 9 2008


_____
**HON. GEORGE B. DANIELS**
USDJ