UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TAE HOLLENBECK,

        Plaintiff,

- against -

BRUSSELS AIRLINES f/k/a SN BRUSSELS
AIRLINES,

        Defendant.
-------------------------------------------------------------x

AH-3515

07-CV-8740 (GBD)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 3 2008

IT IS HEREBY STIPULATED AND AGREED by and between Tae Hollenbeck and Delta Air Transport (incorrectly sued herein as "Brussels Airlines f/k/a SN Brussels Airlines") that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that all claims asserted in the above-entitled action, between and against all of the parties be, and the same hereby are dismissed with prejudice and without costs to any party as against each other.

Dated: June 26, 2008

DANKNER & MILSTEIN, P.C.

By _____
Abram I. Bohrer (AB 4336)
Attorneys for Plaintiff
41 East 57th Street, 36th Floor
New York, New York 10022
(212) 751-8000

CLYDE & CO US LLP

By _____
Andrew J. Harakas (AH 3515)
Attorneys for Defendant
Delta Air Transport
405 Lexington Avenue
New York, New York 10174
(212) 710-3900

SO ORDERED:

AUG 1 3 2008

_George B. Daniels_
U.S.D.J.
**HON. GEORGE B. DANIELS**